# United States Court of Appeals for the Fifth Circuit

---

No. 24-10614
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
November 11, 2024

Lyle W. Cayce
Clerk

Dennis Sheldon Brewer,

*Plaintiff—Appellant*,

*versus*

William Burns, *Director, Central Intelligence Agency*,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CV-123

---

Before Smith, Clement, and Wilson, *Circuit Judges*.

Per Curiam:[*]

After reviewing the appellant's brief and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.